IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PEDRO A. MUNOZ-ESTRADA,

    Plaintiff,

v.

EDWARD WALL, PAUL KEMPER,
DANIEL WESTFIELD, PAUL
NINNEMAN, MRS. ETTINGER, JACK
RICE, JOSH WICHMANN, WELCOME
ROSE, CHARLES FACKTOR, KAREN
GOURLIE, MANDY MATHSON,
DEIDRE MORGAN, M. TARPENING,
H. ROBERTS, B. BLODGETT,
D. CHASE, R. RUTHMAN,
MRS. HARMON, MRS. FISHER and
MRS. OTTAWAY,

    Defendants.

JUDGMENT IN A CIVIL CASE

14-cv-791-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff Pedro A. Munoz-Estrada leave to proceed and dismissing this case with prejudice pursuant to 28 U.S.C. § 1915A for failure to state a claim.

/s/                                                            3/15/2016

Peter Oppeneer, Clerk of Court                    Date